IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER | 1:07-cv-1358-AWI-TAG (HC) |
| Petitioner, | **ORDER OF TRANSFER** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a motion to stay pending exhaustion of claims. (Docs. 1-3).

Petitioner is challenging a conviction from Solano County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. 1, p.1).  Therefore, the petition should have been filed in the Sacramento Division.

Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Accordingly, this action will be transferred to the Sacramento Division.   This court will not rule on petitioner's application to proceed in forma pauperis or his motion to stay pending exhaustion of claims.

///

///

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This court has not ruled on the application to proceed in forma pauperis or the motion
3    to stay pending exhaustion of claims;

4    2.  This action is transferred to the United States District Court for the Eastern District of
5    California sitting in Sacramento; and

6    3.  All future filings shall reference the new Sacramento case number assigned and shall
7    be filed at:

        United States District Court
        Eastern District of California
        501 "I" Street, Suite 4-200
        Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **September 19, 2007**                         **/s/ Theresa A. Goldner**
                                                        UNITED STATES MAGISTRATE JUDGE